UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

          Plaintiff,

- against -

EVAN BLOOM, ET AL.,

          Defendants.

09 Civ. 1751 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should advise the Court by October 20, 2011 why this case should not be dismissed without prejudice and closed in view of the fact that the case to which it is related, SEC v. North Hills Mgmt. LLC, et al., 09 Civ. 1746, was closed by a consent judgment in October 2009.

SO ORDERED.

Dated:    New York, New York
          October 14, 2011

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-14-11